■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAYMARL CORMIER, Appellant. [742 NYS2d 883] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered December 13, 1999, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of depraved indifference murder beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Prudenti, P.J., Smith, Friedmann and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN COVINGTON, Appellant. [742 NYS2d 571] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 9, 2001 (*People v Covington,* 285 AD2d 515, *lv denied* 97 NY2d 655), affirming a judgment of the Supreme Court, Queens County, rendered December 2, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Smith, J.P., O'Brien, Townes and Cozier, JJ., concur.